UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------- X

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| ------------------------------------------------------------- <br>**This document relates to:**<br><br>*Slater v. Bayer Healthcare Pharmaceuticals Inc.,* No.: 3:10-13097-DRH-PMF | Judge<br><br>David R. Herndon<br><br>ORDER |

## ORDER

### HERNDON, Chief Judge:

This matter is before the Court on Plaintiff's motion to dismiss the above captioned duplicative action (Doc. 6). The above captioned action was filed by Attorney Gregory N. McEwen of the McEwen Law Firm Ltd. on October 19, 2010 on behalf of Plaintiff (Doc. 2). Attorney Gregory N. McEwen subsequently learned that Plaintiff retained other counsel and that an identical action was filed on behalf of Plaintiff on October 29, 2010 (*Slater* 3:10-13235 Doc. 2). Plaintiff wishes to dismiss the above captioned action leaving the second filed action, *Slater* 3:10-13235, in full force and effect. Attorney Gregory N. McEwen also seeks leave to withdraw as Plaintiff's counsel. Pursuant to this Court's inherent authority to manage its own docket in a manner that conserves scarce judicial resources and promotes the efficient disposition of cases, **see Champ v. Siegel Trading Co., 55 F.3d 269, 277 (7th Cir.1995)**, the Court hereby **ORDERS** as follows:

The above captioned action is **DISMISSED and Attorney Gregory N. McEwen is WITHDRAWN as Plaintiff's counsel**. Plaintiff's second filed action, *Slater* 3:10-13235, shall remain in full force and effect.

**SO ORDERED:**

*David R Herndon*
Digitally signed by David R. Herndon
Date: 2011.03.22 12:56:11 -05'00'

**Chief Judge**                                                     **Date: March 22, 2011**
**United States** District Court